LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
Kristen H. Cerf (SBN 244594)
kcerf@lockelord.com
400 Capitol Mall, Suite 1460
Sacramento, CA 95814
Telephone: (916) 554-0240
Facsimile: (916) 554-5440

Attorneys For Defendants
GMAC MORTGAGE, LLC (INCORRECTLY SUED AS "GMAC Mortgage Corporation") and EXECUTIVE TRUSTEE SERVICES, LLC (incorrectly sued as "ETS Services, LLC")

MICHAEL ROONEY LAW OFFICE
Michael Patrick Rooney (SBN 248491)
580 California St., Fl. 16
San Francisco, CA 94104
Telephone: (415) 533-0282
Facsimile: (415) 704-3321

Attorney For Plaintiff
SALVATORE SANTANGELO

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SALVATORE SANTANGELO,<br><br>           Plaintiff,<br><br>     vs.<br><br>METROCITIES MORTGAGE, LLC, *et al.*,<br><br>           Defendants. | CASE NO. C 09-03821 JW<br><br>Hon. James Ware<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

---

1

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT
*Santangelo v. Metrocities Mortgage, LLC, et al.*, Case No. C 09-03821 JW

1 WHEREAS, on November 13, 2009, this Court entered an order (the "Order") granting in part and denying in part the motions to dismiss Plaintiff Salvatore Santangelo's complaint filed by Defendants GMAC Mortgage, LLC (incorrectly sued as "GMAC Mortgage Corporation") ("GMACM") and Executive Trustee Services, LLC (incorrectly sued as "ETS Services, LLC") ("ETS") and by Defendant Metrocities Mortgage, LLC dba No Red Tape Mortgage ("Metrocities");

WHEREAS, the Order provided that Plaintiff has until December 4, 2009 to file an amended complaint;

WHEREAS, Plaintiff and Defendants GMACM and ETS have reached a settlement in principle that, once finalized, will result in the dismissal of Plaintiff's complaint with prejudice as against GMACM and ETS;

WHEREAS, Plaintiff further has agreed to dismiss his complaint with prejudice as against Metrocities when the GMACM and ETS settlement is finalized;

WHEREAS, Plaintiff, GMACM and ETS require additional time to finalize and to execute the settlement documentation;

WHEREAS, the parties to this Stipulation agree to extend by 14 calendar days, to December 18, 2009, the deadline for Plaintiff to file an amended complaint to allow the settlements described above to be finalized and the dismissals to be filed;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, GMACM, ETS, and Metrocities, through their respective counsel, that Plaintiff shall have up to and including **December 18, 2009** to file an amended complaint in this matter.

Dated: December 3, 2009            LOCKE LORD BISSELL & LIDDELL LLP

                                    By:   /s/ *Kristen H. Cerf*
                                          Thomas J. Cunningham (SBN 263729)
                                          Kristen H. Cerf (SBN 244594)

                                    One of the Attorneys for Defendants
                                    GMAC MORTGAGE, LLC (incorrectly sued as
                                    "GMAC Mortgage Corporation") and EXECUTIVE
                                    TRUSTEE SERVICES, LLC (incorrectly sued as
                                    "ETS Services, LLC")

Dated: December 3, 2009           MICHAEL ROONEY LAW OFFICE

                                  By:  /s/ *Michael Patrick Rooney*
                                      Michael Patrick Rooney (SBN 248491)

                                  Attorney for Plaintiff
                                  SALVATORE SANTANGELO

Dated: December 3, 2009           SMITH DOLLAR PC

                                  By:  /s/ *Jon A.C. Vonder Haar*
                                      Jon A.C. Vonder Haar (SBN 192665)

                                  One of the Attorneys for Defendant
                                  Metrocities Mortgage, LLC dba No Red Tape
                                  Mortgage

1643654v.1

**\*\*\* ORDER \*\*\***

In light of this Order and the parties' Stipulation to Reschedule Case Management Conference (Docket Item No. 34) to give the parties time to finalize their Settlement Agreement, the Court finds good cause to continue the Case Management Conference currently set for December 14, 2009 to **February 1, 2010 at 10 a.m.**  On or before **January 22, 2010**, the parties shall either file a Stipulated Dismissal or a Joint Conference Statement.  If a Stipulated Dismissal is on file, the Conference will be vacated.

Dated: December 8, 2009           _____
                                  JAMES WARE
                                  United States District Judge

3

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT
*Santangelo v. Metrocities Mortgage, LLC, et al.*, Case No. C 09-03821 JW