MICHAEL ROONEY LAW OFFICE
Michael Patrick Rooney (SBN 248491)
580 California St., Fl. 16
San Francisco, CA  94104
Telephone:  (415) 533-0282
Facsimile:  (415) 704-3321

Attorney For Plaintiff
SALVATORE SANTANGELO

LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
Kristen H. Cerf (SBN 244594)
kcerf@lockelord.com
400 Capitol Mall, Suite 1460
Sacramento, CA  95814
Telephone:  (916) 554-0240
Facsimile:  (916) 554-5440

Attorneys For Defendants
GMAC MORTGAGE, LLC (INCORRECTLY SUED AS "GMAC
Mortgage Corporation") and EXECUTIVE TRUSTEE
SERVICES, LLC (incorrectly sued as "ETS Services, LLC")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SALVATORE SANTANGELO,<br><br>                Plaintiff,<br><br>    vs.<br><br>METROCITIES MORTGAGE, LLC, *et al.*,<br><br>                Defendants. | CASE NO. C 09-03821 JW<br><br>Hon. James Ware<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT *WITH PREJUDICE* AS TO DEFENDANTS GMAC MORTGAGE, LLC AND EXECUTIVE TRUSTEE SERVICES, LLC** |

Locke Lord Bissell & Liddell LLP
400 Capitol Mall, Suite 1460
Sacramento, CA  95814

1

1    WHEREFORE, having reviewed and considered the Stipulation for Dismissal With

2  Prejudice as to Defendants GMAC Mortgage, LLC (incorrectly sued as "GMAC Mortgage

3  Corporation") ("GMACM") and Executive Trustee Services, LLC (incorrectly sued as "ETS

4  Services, LLC") ("ETS") executed by Plaintiff Santangelo Salvatore and Defendants GMACM and

5  ETS, and good cause appearing therefore,

6    **IT IS HEREBY ORDERED** that the Complaint is dismissed WITH PREJUDICE as to

7  Defendants GMACM and ETS.

8

9    **IT IS SO ORDERED.**

10  The Clerk shall terminate Defendants GMAC Mortgage LLC and Executive Trustee Services, LLC.

11

12  Dated:      January 14, 2010

13                                                    **Hon. James Ware**
                                                     United States District Judge
14                                                    Northern District of California

15

16

17  1642986v.1

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
400 Capitol Mall, Suite 1460
Sacramento, CA 95814

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GMACM AND ETS
*Santangelo v. Metrocities Mortgage, LLC, et al.*, Case No. C 09-03821 JW