MICHAEL ROONEY LAW OFFICE
Michael Patrick Rooney, SBN 248491
580 California St., Fl. 16
San Francisco, CA 94104
Telephone: (415) 533-0282
Facsimile: (415) 704-3321

Attorney for Plaintiff Salvatore Santangelo

SMITH DOLLAR PC
Rachel M. Dollar, SBN 199977
Jon A.C. Vonder Haar, SBN 192665
Attorneys at Law
404 Mendocino Ave., 2nd Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendant Metrocities Mortgage, LLC
dba No Red Tape Mortgage

*IT IS SO ORDERED*
*Judge James Ware*
1/26/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SALVATORE SANTANGELO,<br><br>       Plaintiff,<br>v.<br><br>METROCITIES MORTGAGE, LLC dba NO RED TAPE MORTGAGE, et al.<br><br>       Defendants. | CASE NO.:  C09 03821 JW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROCITIES MORTGAGE, LLC DBA NO RED TAPE MORTGAGE, PURSUANT TO SETTLEMENT AGREEMENT<br><br>Judge:   Honorable James Ware |

Plaintiff Salvatore Santangelo ("Plaintiff") and Defendant Metrocities Mortgage, LLC dba No Red Tape Mortgage ("Defendant Metrocities") hereby submit this Stipulation to dismiss this case with prejudice as to Defendant Metrocities.

WHEREAS, Plaintiff and Defendant Metrocities have agreed to terms of a full and final settlement; and

WHEREAS, Plaintiff and Defendant Metrocities have prepared a Settlement Agreement and Mutual Release which will be fully executed within the next seven days, and which provides, among other things, that Plaintiff will dismiss the Lawsuit with prejudice; and

/ / /



- 1 -
Stipulation For Dismissal With Prejudice as to Defendant Metrocities Mortgage, LLC dba No Red Tape Mortgage, Pursuant to Settlement Agreement

- 2 -

1  WHEREAS, a Proposed Order Dismissing Defendant Metrocities with prejudice will be
2  submitted via ECF and emailed to Chambers within seven days;

3  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant
4  Metrocities that all claims asserted against Defendant Metrocities will be dismissed with prejudice.

6  Dated: January 22, 2010                MICHAEL ROONEY LAW OFFICE

8                                          By  */s/ Michael Patrick Rooney*
                                              Michael Patrick Rooney
9                                             Attorney for Plaintiff Salvatore Santangelo

10 Dated: January 22, 2010                SMITH DOLLAR PC

12                                          By  */s/ Jon A.C. Vonder Haar*
                                              Jon A.C. Vonder Haar
13                                            Attorneys for Defendant Metrocities Mortgage,
                                              LLC dba No Red Tape Mortgage

17 91489.doc

